EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|-------|-------------------|
|       | 2011 TSPR 54      |
|       |                   |
| José F. Vázquez O'Neill | 181 DPR ____ |

Número del Caso: TS-3708

Fecha: 8 de abril de 2011

Abogado de la Parte Peticionaria:

       Lcdo. John Donato Olivencia

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José F. Vázquez O´Neill                    TS-3708

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de abril de 2011.

Examinada la Moción en Cumplimiento de Resolución y Solicitud de Reinstalación al Ejercicio de la Abogacía presentada por el peticionario, se reinstala al licenciado José F. Vázquez O´Neill al ejercicio de la profesión.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo